**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| AHMET DOGAN, individually and on behalf of FURKAN DOGAN; HIMET DOGAN, individually and on behalf of FURKAN DOGAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>EHUD BARAK,<br><br>    Defendant. | Case № 2:15-cv-08130-ODW(GSJx)<br><br>**JUDGMENT** |

On October 16, 2015, Plaintiffs Ahmet Doğan, individually and on behalf of Furkan Doğan, and Himet Doğan, individually and on behalf of Furkan Doğan (collectively "Plaintiffs"), filed a Complaint against Defendant Ehud Barak ("Defendant"), in which they assert eight claims under the Alien Tort Claims Act, 28 U.S.C. § 1350, the Torture Victim Protection Act, 28 U.S.C. § 1350 note, and the Anti-Terrorism Act, 18 U.S.C. § 2333. (ECF No. 1.) On October 13, 2016, the Court granted Defendant's Motion to Dismiss without leave to amend. (ECF No. 56.)

/ / /

/ / /

/ / /

/ / /

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Plaintiffs shall recover nothing from Defendant;
2. Plaintiffs' Complaint is dismissed on the merits and with prejudice;
3. Defendant shall recover costs from Plaintiffs as evidence by a Bill of Costs.

**IT IS SO ORDERED.**

October 13, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

2